## TAYLOR and others vs. FROST and others.

A judgment for the plaintiff on demurrer to a special plea, taken by default, will not be set aside, though sufficiently excused, where there is a plea of the general issue under which the matter of the special plea can be given in evidence.

ACTION on the case; the defendants pleaded *not guilty*, and two special pleas. The plaintiffs demurred to the special pleas, and gave notice of bringing on the argument on the ground of the frivolousness of the pleas; and at the last January term they obtained judgment on the demurrer by default.

*J. Edwards*, for the defendants, read affidavits excusing the default, and asked to have the same set aside, to the end that the demurrer might be argued.

*J. A. Spencer*, for the plaintiffs, read an affidavit showing that the cause had been noticed for trial on the plea of the general issue, and that it was a case where the defences set up in the special pleas could be given in evidence under the general issue.

*By the Court*, BRONSON, Ch. J. The default, though regularly taken, is sufficiently excused, and it would be set aside on terms, if that course was essential to the rights of the defendants. But it is not. The matters set up in the special pleas may be given in evidence under the general issue; and I think we ought not to interfere. Setting aside the default, and allowing an argument on the sufficiency of the special pleas, would only cause delay, without answering any valuable end to either party.

Motion denied.